UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          Case No. 21-CR-99

RUDY ROBLES,

Defendant.

## ORDER

On September 21, 2021 a sealed Superseding Indictment was filed, and an arrest warrant issued, for Defendant Rudy Robles in this conspiracy charging that Robles and co-defendants illegally acquired firearms in the United States and smuggled the firearms to Mexico, falsely representing themselves as the actual purchasers. Defendant Rudy Robles was arrested in the District of Nevada and was brought before U.S. Magistrate Judge Cam Ferenbach on October 20, 2021. Magistrate Ferenbach ordered the defendant released with conditions. Before me is a motion filed by the United States seeking a 6-day stay of the release order pursuant to 18 U.S.C. § 3145, citing the seriousness of the defendant's offense conduct, risk of flight, and serious risk to the community. Dkt. No. 19. The government seeks to file its brief in support of this appeal no later than October 25, 2021.

The government offers no information as to the strength of its case, the defendant's prior record, or any history of violence or anti-social conduct. The record of the U.S. District Court in Nevada, 21-MJ-882, includes a letter from the defendant's current employer indicating that he has been the assistant general manager at the Residence Inn by Marriott Las Vegas Hughes Center for

the past 23 years and is dependent upon Robles for the successful operation of that business. NVDC, 21-MJ-882, Dkt. No. 2 at 3. Given the current state of the record, the government's motion for stay is denied. In the event the government provides additional information in support of its motion, the Court will give further consideration to the request. For the above reasons, however, this motion is denied.

Dated at Green Bay, Wisconsin this 20th day of October, 2021.

s/ William C. Griesbach
William C. Griesbach
United States District Judge